IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MINDY GAYLE OFFUTT**                                                              **PLAINTIFF**

       **v.**           Civil No. 06-5229

**DISTRICT JUDGE DOUG SCHRANTZ
and THE DISTRICT COURT OF
BENTON COUNTY, ARKANSAS, each
in their official and individual
capacity**                                                                          **DEFENDANTS**

### O R D E R

    Now on this 30th day of July, 2007, comes on for consideration plaintiff's **Motion To Dismiss Complaint** (document #15) and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is **dismissed with prejudice**.

    **IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE